AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

## UNITED STATES DISTRICT COURT
for the

*Robert Pintado*
Plaintiff

v.

*2600 Wilshire Blvd Los Angeles CA 90057*
Defendant

*Housing Authority of the City of Los Angeles CA.*

2:22-cv-00677-APG-BNW

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $                    , and my take-home pay or wages are:  $                    per

*(specify pay period)*

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ❏ Yes | ❏ No |
| (b) Rent payments, interest, or dividends | ❏ Yes | ❏ No |
| (c) Pension, annuity, or life insurance payments | ❏ Yes | ❏ No |
| (d) Disability, or worker's compensation payments | ☒ Yes *SSI* | ❏ No |
| (e) Gifts, or inheritances | ❏ Yes | ❏ No |
| (f) Any other sources | ❏ Yes | ❏ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Dear Judge √ I am receiving SSI for numerous disability
# 1,117.20  I am receiving every month for State of California.
disc ruptures, Cataplexy, Apnea, Neurological, degenerative discos. Small hernia,
enlarged Heart. etc. Assaults, "All" teeth damaged, etc I have
to wait on the streets.

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _824.52_ .
*My Storage Unit everything went missing. Insurance left.*

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: Chrysler 2010 Town & Country V6 Van

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: Insurances, Storage, deposits, Credit Cards, Maintenance, Utilities, Food, Hygience, Homeless at moment the Housing management told me to move into the apt as soon as I signed the lease the lease was rejected. Since August 2021 till April 2022 The Apt's had been making me wait as i waited for a lease. Just Abused me. almost a year.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: The Car exploded. I was made to pay for Credit Cards I didn't use. I haven't paid one its to much of a abuse. Also a car that the Insurance didn't Cover I was in a Coma. I couldn't keep up payments. I was a vegetable. etc. School made me pay 3 loans 2 loans for classes, and one extra loan for one class excluding all other classes regular price 1 class.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims. And a target Credit Card I have proof. I made a cash payment but the Credit Card was changed I paid 2.

Date: April 25 2022          Robert Pintado
                             *Applicant's signature*

                             Robert Pintado
                             *Printed name*

Print    Save As...    Add Attachment              Reset