UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO PINTADO,<br><br>             Plaintiff,<br>v.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, *et al.*,<br><br>             Defendants. | Case No. 2:22-cv-00677-APG-BNW<br><br>Order (1) Adopting Magistrate Judge's Recommendation, (2) Denying Objection, (3) Denying Motion for Summary Judgment, and (4) Dismissing Case<br><br>[ECF Nos. 33, 34, 35] |

Magistrate Judge Weksler recommends that plaintiff Roberto Pintado's amended complaint be dismissed with prejudice for failure to state a claim upon which relief can be granted. ECF No. 33. Pintado filed an objection to that recommendation and a motion for summary judgment. ECF Nos. 34, 35.

I have conducted a de novo review of the amended complaint and Judge Weksler's Report and Recommendation, as required under Local Rule IB 3-2. Judge Weksler's Report sets forth the proper legal analysis and factual basis for the decision. I agree with and adopt her recommendation. I dismiss the amended complaint with prejudice because Mr. Pintado has made several attempts but still cannot state a claim for relief. Further amendment would be futile. Because I am dismissing his complaint, I also deny Pintado's motion for summary judgment.

/ / / /

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that Magistrate Judge Weksler's Report and Recommendation **(ECF No. 33) is accepted**, the plaintiff's objection and motion for summary judgment **(ECF Nos. 34, 35) are denied**, and this **case is dismissed**.

DATED THIS 7th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE